# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-10-01716-001-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Ian Juan Cipriano, | |
| Defendant. | |

On February 10, 2016, Magistrate Judge Duncan issued "Report and Recommendation."  Magistrate Judge Duncan recommended that the District Court Judge accept the finding of violation of standard condition #3, standard condition #18 and special condition #11 of Defendant's supervised release.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

Accordingly,

IT IS ORDERED finding the Defendant in violation of standard condition #3, standard condition #18 and special condition #11 of his supervised release terms.

IT IS FURTHER ORDERED adopting the Magistrate Judge's Report and Recommendation [Doc. 144].

Dated this 2nd day of March, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge